IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 18 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:16cr87HTW-LRA

BRAD JOHNSON   26 U.S.C. §5861(d)
               18 U.S.C. § 922(g)(1)

**The Grand jury charges:**

COUNT 1

That on or about October 7, 2015, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, the defendant, **BRAD JOHNSON**, knowingly received and possessed firearms, namely: One (1) Ruger, Model: 10/22 50th anniversary, .22 caliber weapon made from a rifle and having a barrel measuring less than 18 inches, bearing serial #828-72146 and One (1) Savage, Model: 67F, 20 gauge weapon made from a shotgun and having a barrel measuring less than 18 inches, said weapon having no serial number, and both weapons not being registered to him in the National Firearms Registration and Transfer Record.

All in violation of Sections 5841, 5861(d), and 5871, Title 26, United States Code.

COUNT 2

That on or about October 7, 2015, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, the defendant, **BRAD JOHNSON**, having been convicted previously of a felony, that is a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm affecting interstate commerce.

All in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d), Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand jury on this the 18th day October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE