**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**BRAD JOHNSON**

**vs.** **CRIMINAL No. 3:16-cr-87-HTW-LGI-1**
**CIVIL No. 3:23-cv-3064-HTW**

**UNITED STATES OF AMERICA**

**ORDER REQUIRING ANSWER BY THE UNITED STATES ATTORNEY**

BEFORE THIS COURT is Defendant Brad Johnson's MOTION **[Docket No. 31]** to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255.[1] Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings,[2] this Court has determined that the MOTION should not be summarily dismissed.

IT IS ORDERED that copies of Defendant's pleadings and this Order shall be served by the Clerk of the Court upon the United States Attorney.

IT IS FURTHER ORDERED that the United States Attorney shall file an answer or other responsive pleading within twenty (20) days after receipt of this Order and shall forward a copy of

---

[1] Section 2255(a) provides:

> A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.

[2] Rule 4(b) provides:

> The judge who receives the motion must promptly examine it. If it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief, the judge must dismiss the motion and direct the clerk to notify the moving party. If the motion is not dismissed, the judge must order the United States attorney to file an answer, motion, or other response within a fixed time, or to take other action the judge may order.

the same to Defendant. The answer shall be in the form provided by Rule 5(b) of the Rules Governing Section 2255 Proceedings.[3]

IT IS FURTHER ORDERED that Defendant may file a reply to the United States Attorney's answer or other responsive pleading within ten (10) days after the United States Attorney files a response.

**SO ORDERED this the 23rd day of November, 2026.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**

[3] Rule 5(b) provides:

> The answer must address the allegations in the motion. In addition, it must state whether the moving party has used any other federal remedies, including any prior post-conviction motions under these rules or any previous rules, and whether the moving party received an evidentiary hearing.